**Order entered March 5, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-20-01033-CR
No. 05-20-01034-CR
No. 05-20-01035-CR

**CHRISTIAN COLE DONIHOO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-83060-2020 cts. 1-3**

## ORDER

Before the Court is court reporter Destiny Moses's March 4, 2021 request for additional time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record filed by March 22, 2021.

/s/    DENNISE GARCIA
JUSTICE